United States Courts
Southern District of Texas
FILED

MAR 0 7 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | L-13-1057-S3 | |
| v. § | | |
| § | | |
| **JOSE MARIA GUIZAR-VALENCIA,** § | | **DS** |
| also known as "Zeta 43," "Z-43," "Carlos § | | |
| Maria Guizar-Valencia," "Carla Marla," § | | |
| "Carlitos," and "Charly," § | | |
| § | | |
| Defendant. § | | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### CONSPIRACY TO DISTRIBUTE COCAINE
### FOR IMPORTATION INTO THE UNITED STATES

From in or around January 2007, and continuing thereafter to at least January 7, 2014, the exact dates being unknown to the Grand Jury, in the countries of Mexico, Guatemala, the United States and elsewhere, the defendant, **JOSE MARIA GUIZAR-VALENCIA, also known as "Zeta 43," "Z-43," "Carlos Maria Guizar-Valencia," "Carla Marla," "Carlitos," and "Charly,"** and others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate and agree to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a), 960(b)(1)(B)(ii), 963, and Title 18, United States Code, Section 2.

With respect to the defendant, the controlled substance involved in the conspiracy

attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

## **FORFEITURE ALLEGATION**

The United States hereby gives notice to the defendant that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the Defendant obtained directly or indirectly as the result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the said defendant up to the value of the above forfeitable property.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *Mary Lou Castillo*
MARY LOU CASTILLO
Assistant United States Attorney

ARTHUR G. WYATT
Chief, Narcotic and Dangerous Drug Section
U.S. Department of Justice

By: *[signature]*
COLE RADOVICH
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice

USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

LAREDO DIVISION

No. L-13-1057-S3

USAO Number:

Magistrate Number:

SUPERSEDING INDICTMENT        Filed _____   Judge: _____

**UNITED STATES of AMERICA**
vs.

ATTORNEYS:
**RYAN K. PATRICK, USA**                    (713) 567-9000
Mary Lou Castillo, AUSA/Cole Radovich       (956) 721-4959

|   | Appt'd | Private |
|---|---|---|
| JOSE MARIA GUIZAR-VALENCIA | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Conspiracy to distribute 5 kilograms or more of cocaine for importation. [21 USC §§§§ 959(a), 960(b)(1)(B)(ii), 963 and 18 USC 2]

PENALTY: Ct. 1: Not less than 10 years and up to life imprisonment; a fine not to exceed $10,000,000; 5 years SRT; $100 SA

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: