**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | **CRIMINAL ACTION NO:** |
| | § | |
| JOSE MARIA GUIZAR-VALENCIA | § | 5:13cr1057 (03) |
| | § | |

**CONSENT TO ADMINISTRATION OF GUILTY PLEA
AND FED. R. CRIM. PROC. 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE**

I,   JOSE MARIA GUIZAR-VALENCIA   , the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge Sam S. Sheldon.  I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this _____ day of _____, _____.


_____                    _____
Sergio J. Sanchez, Attorney for Defendant                    Defendant


_Mary Lou Castillo_
Mary Lou Castillo,  Assistant United States Attorney