**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL ACTION NO:** |
| | § | |
| JOSE MARIA GUIZAR-VALENCIA | § | 5:13cr1057 (03) |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. PROC. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, _____JOSE MARIA GUIZAR-VALENCIA_____, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge Sam S. Sheldon. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this _9th_ day of _September, 2023_.

_____
Sergio J. Sanchez, Attorney for Defendant

_____
Defendant

_Mary Lou Castillo_
Mary Lou Castillo, Assistant United States Attorney