UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| | ' | |
| | ' | |
| **VS.** | ' | **CASE NO 5:13-CR-01057** |
| | ' | |
| | ' | |
| **JOSE MARIA GUIZAR-VALENCIA** | ' | |

## NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

Comes now **JOSE MARIA GUIZAR-VALENCIA** and respectfully submits this notice of no objection to the presentence investigation report.

Respectfully submitted,

**THE SANCHEZ LAW FIRM**
6400 N 10th St., Suite 30
McAllen, Texas 78504
Telephone No. (956) 687-7700
Fax No. (956) 687-7708

By: /s/ Sergio J. Sanchez
**SERGIO J. SANCHEZ**
State Bar No. 24006617
Federal ID#: 37229

## CERTIFICATE OF SERVICE

I, Sergio J. Sanchez, do hereby certify that on the **9TH** day of **January 2024**, a copy of the foregoing Defendant's Objections to the Pre-Sentence Investigation Report, was served via email to the United States Probation Officer, and Assistant United States Attorney.

                                                               /s/ Sergio J. Sanchez
                                                               **SERGIO J. SANCHEZ**